IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: March 22, 2017

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Wayne Steven Brookes | | |
| Debtor(s) | : | Bankruptcy No. 16-16769ELF |

### CERTIFICATION OF COSTS

The sum of $ ZERO has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before .

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | | |
| Copies | | |
| | TOTAL: | $ ZERO |

Dated at Philadelphia, Pennsylvania
this 22 day of March, 2017

TIMOTHY B. MCGRATH, Clerk

By: _____Stacey_____
Deputy Clerk

Certcost 8/99