United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16769-elf
Wayne Steven Brookes                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1              Date Rcvd: Apr 06, 2017
                                Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
db          +Wayne Steven Brookes,    5903 Keystone Street,    Philadelphia, PA 19135-4215
cr          +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
             610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13797274     Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:08     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:38
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:07     City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 01:30:40     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Fifth Third Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          HOWARD  GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
          JEFFREY F. DRAGON    on behalf of Debtor Wayne Steven Brookes bankruptcy@jeffdragonlaw.com,
           jdragon@jeffdragonlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE: Wayne Steven Brookes | | CHAPTER 7 |
| | Debtor | |
| Fifth Third Bank | | |
| | Movant | NO. 16-16769 ELF |
| vs. | | |
| Wayne Steven Brookes | | |
| | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | | |
| | Trustee | |

**ORDER**

AND NOW, this 5th day of April, 2017 upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 6639 Ditman Street, Philadelphia, PA 19135 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**