**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:    BROOKES, WAYNE STEVEN    :    Chapter 7
:
:    BANKRUPTCY
16-*16769*    ELF
Debtor(s)    :

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this 20th day of September, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is o longer holding any funds in trust, in this proceeding, it is hereby

**ORDERED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby closed.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**