United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16769-elf
Wayne Steven Brookes                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Sep 20, 2017
                             Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db            +Wayne Steven Brookes,    5903 Keystone Street,    Philadelphia, PA 19135-4215
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:32    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2017 01:40:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2017 01:40:22    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:32    City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 01:37:26    Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                     TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS   on behalf of Creditor   Fifth Third Bank bnicholas@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              HOWARD GERSHMAN   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
              hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
              JEFFREY F. DRAGON   on behalf of Debtor Wayne Steven Brookes bankruptcy@jeffdragonlaw.com,
              jdragon@jeffdragonlaw.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
              james.feighan@phila.gov
              TERRY P. DERSHAW   td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:   BROOKES, WAYNE STEVEN                      :   Chapter 7
                                                    :
                                                    : BANKRUPTCY
*16-16769   ELF*
                       Debtor(s)                    :

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
### DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW,  this 20th day of September, upon consideration of the Trustee's

Final Account, it appearing that the Trustee has made payments to all creditors in accordance

 with Trustee's Final Report and it further appearing that the Trustee is o longer holding any funds in trust ,

in this proceeding,  it is hereby

**ORDERED** that the Trustee's Final Account is approved, and the   Trustee is

hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby closed.

_____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**